ACCEPTED
15-25-00122-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 3:07 PM
CHRISTOPHER A. PRINE
CLERK

**15-25-00122-CV**

In the Court of Appeals
for the Fifteenth District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 3:07:21 PM
CHRISTOPHER A. PRINE
Clerk

State of Texas, Maxx Juusola, Tracy Martin, and Alan Rister,

*Appellants,*

v.

City of Dallas, Kimberly Bizor Tolbert, in her official capacity as the
Interim City Manager for the City of Dallas, and the State Fair of Texas,

*Appellees.*

## Notice of Appearance of Counsel
## for Appellee State Fair of Texas

James B. Harris
State Bar No. 09065400
Jim.Harris@hklaw.com

Bryan P. Neal
State Bar No. 00788106
Bryan.Neal@hklaw.com

Dina W. McKenney
State Bar No. 24092809
Dina.McKenney@hklaw.com

**Holland & Knight LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-964-9501

Robert B. Smith
State Bar No. 00786248
Robert@Smith-Firm.com

Two Turtle Creek Village
3838 Oak Lawn Ave., Suite 1000
Dallas, Texas 75219
Phone: (214) 522-5571
Fax: (214) 522-5009

**Counsel for Appellee State Fair of Texas**

To The Honorable Court of Appeals:

Dina W. McKenney of Holland & Knight LLP enters her appearance as counsel on appeal for Appellee State Fair of Texas. Ms. McKenney's address, phone number, fax number, email address, and state bar identification number appear in the signature block below.

James B. Harris and Bryan P. Neal of Holland & Knight LLP and Robert B. Smith are already noted on the docket sheet and will continue to serve as counsel for Appellee State Fair of Texas.

Respectfully submitted:


/s/ *Dina W. McKenney*
James B. Harris
Texas Bar No. 09065400
Bryan P. Neal
Texas Bar No. 00788106
Dina W. McKenney
Texas Bar No. 24092809
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 964-9501 (Fax)
Jim.Harris@hklaw.com
Bryan.Neal@hklaw.com
Dina.McKenney@hklaw.com

Robert B. Smith
Texas Bar No. 00786248
Two Turtle Creek Village
3838 Oak Lawn Ave., Suite 1000
Dallas, Texas 75219
(214) 522-5571
(214) 522-5009 (Fax)
Robert@Smith-Firm.com

ATTORNEYS FOR APPELLEE
STATE FAIR OF TEXAS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed and served electronically through eFile.TXCourts.gov this 18th day of November 2025, on all counsel of record.

/s/ *Dina W. McKenney*
Dina W. McKenney

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108190383
Filing Code Description: Other Document
Filing Description: Notice of Appearance of Counsel for Appellee State Fair of Texas
Status as of 11/18/2025 3:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Alrrobali | | airrobali@tillotsonlaw.com | 11/18/2025 3:07:21 PM | SENT |
| Bryan Neal | 788106 | Bryan.Neal@hklaw.com | 11/18/2025 3:07:21 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 11/18/2025 3:07:21 PM | SENT |
| Melissa Juarez | | melissa.juarez@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 11/18/2025 3:07:21 PM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 11/18/2025 3:07:21 PM | SENT |
| Ernest Garcia | | ernest.garcia@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 11/18/2025 3:07:21 PM | SENT |
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Megan Coker | | mcoker@tillotsonlaw.com | 11/18/2025 3:07:21 PM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 11/18/2025 3:07:21 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 11/18/2025 3:07:21 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:07:21 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:07:21 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:07:21 PM | SENT |
| Steven Ogle | | Steven.Ogle@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Tony McDonald | | Tony@tonymcdonald.com | 11/18/2025 3:07:21 PM | SENT |
| Jeffrey Tillotson | 20039200 | jtillotson@tillotsonlaw.com | 11/18/2025 3:07:21 PM | SENT |
| Holly Dudrick | | holly.dudrick@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| William Cole | | William.Cole@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108190383
Filing Code Description: Other Document
Filing Description: Notice of Appearance of Counsel for Appellee State Fair of Texas
Status as of 11/18/2025 3:14 PM CST

Case Contacts

| William Cole | | William.Cole@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
|---|---|---|---|---|
| William Peterson | | William.Peterson@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Bryan Neal | | bryan.neal@hklaw.com | 11/18/2025 3:07:21 PM | SENT |
| Robert  B.Smith | | Robert@Smith-Firm.com | 11/18/2025 3:07:21 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 11/18/2025 3:07:21 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 11/18/2025 3:07:21 PM | SENT |
| Dina W.McKenney | | dina.mckenney@hklaw.com | 11/18/2025 3:07:21 PM | SENT |